AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 16 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. EP-24-M-3503-RFC |
| | ) | |
| | ) | |
| JOAQUIN MARTINEZ LEON | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 15, 2024** in the county of **Hudspeth** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with Intent to Deliver a Controlled Substance: 18 kilograms of cocaine. |

This criminal complaint is based on these facts:

See attached Affidavit, which is marked "Affidavit".

☒ Continued on the attached sheet.

Oath Telephonically Sworn
At 1:11 PM
Fed.R.Crim.P.4.1(b)(2)(A)

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 08/16/2024

City and state: El Paso, Texas

*Complainant's signature*
Jacob Molinar, DEA Special Agent
*Printed name and title*

*Judge's signature*
Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

FACTS

On August 18, 2024, at approximately 9:15AM, Joaquin Leon Eduardo MARTINEZ arrived at the Ysleta Border Patrol located on Highway 62/180 Desert Haven Hudspeth County, Texas, traveling Eastbound. Border Patrol Agents (BPA) were conducting primary inspections K9 Pre-primary inspections of the exterior of the vehicles. MARTINEZ was traveling in a White 2007 Chevrolet Silverado bearing New Mexico license plates of WL4393.

As Border Patrol Agents contacted MARTINEZ, Border Patrol Agents performed K9 sniffs of the exterior of the Chevy. The K9 Border Patrol Agent advised the Border Patrol agent speaking with MARTINEZ that his K9 partner had alerted to the vehicle. Border Patrol Agents asked MARTINEZ for his consent to conduct a K9 sniff on the Chevy, MARTINEZ provided verbal consent and he was directed to the secondary inspection area of the Checkpoint.

Once in the secondary area, MARTINEZ was escorted to the secondary waiting area. Border Patrol Agents deployed the K9, Border Patrol Agents again observed alert behavior by the driver's door. A further hand search of the vehicle yielded two grocery bags with vacuum sealed packages. The packages were field tested and were positive for the properties of cocaine. The two grocery bags contained 15 vacuum sealed packages weighting approximately 40.65 lbs. Border Patrol estimates this amount of cocaine is approximately $1,300,800.00 dollars.

Federal Investigators subsequently interviewed MARTINEZ. MARTINEZ was read his Miranda Rights in Spanish by a Spanish Speaking DEA Agent. RIVERA waived his Miranda rights, signed a Miranda waiver and agreed to speak to investigators. MARTINEZ stated he knew he was transporting and delivering the cocaine.